806 A.2d 408

IN THE MATTER OF DENNIS A. MAYCHER, AN ATTORNEY
AT LAW (ATTORNEY NO. 007271973).

October 3, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DENNIS A. MAYCHER** of **WALLINGTON,** who was admitted to the bar of this State in 1973, and who was suspended from the practice of law for a period of three months

effective July 1, 2002, by Order of this Court filed June 5, 2002, be restored to the practice of law, effective immediately.